UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM AHERN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 18-CV-07196-LHK<br><br>**JUDGMENT** |

On November 8, 2019, the Court granted the parties' stipulation of dismissal with prejudice. ECF No. 58. Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 8, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-07196-LHK
JUDGMENT

1